# UNITED STATES BANKRUPTCY COURT
# District of New Jersey

In re:

EnCap Golf Holdings, LLC, and NJM Capital, LLC

Chapter: 11
Case Number: 08-18581
Adversary Number:
Bankruptcy Judge: NLW

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

A Notice of Appeal was filed in our office on _____9/17/08_____. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Trump Organization and Meadowl[ands] | Appellee(s): | EnCap Golf Holdings, LLC |
| Attorney: | DUANE MORRIS LLP | Attorney: | COLE, SCHOTZ, MEISEL, FORM[AN] |
| Address: | 744 Broad Street, Suite 1200 | Address: | 25 Main Street, P.O. Box 800 |
| | Newark, NJ 07102-3889 | | Hackensack, New Jersey 07602 |

Title of Order appealed: Order Authorizing The Debtor To Reject Executory Contract With Meadowlands I

Date entered on docket: 9/11/08

The items indicated below are transmitted together with the Notice of Appeal:

- ☑ Complete Record on Appeal
- ☑ Order being appealed
- ☑ Statement of Issues    ☐ Transcript    ☐ Transcript ordered on: _____
- ☑ Other: Appellee's Counter Designation of Record and Statement of Appeals
- ☑ An appeal has not previously been filed in this case.
- ☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

I, _____Debra Van Pelt_____, Deputy Clerk of the United States Bankruptcy Court for the District of New Jersey, hereby certify that the record transmitted on this __21__ day of __October__, 20 _08_ is the complete record for purposes of this appeal.

---

District Court Clerk: Please complete the information below and return a copy of this form to the Bankruptcy Court Deputy-in-Charge within 3 days

District Court Case Number: 08-5132 (DMC)          Judge assigned: Dennis M. Cavanaugh

By: **DIANNE C. RICHARDS**          Date: 10-22-08

Rev. 1/15/02